

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME TO RESPOND TO LETTER MOTION FOR PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the current November 30, 2021 deadline for defendants to respond to the letter motion for protective order dated November 24, 2021 ("Letter Motion") (ECF No. 679) is hereby extended for one (1) day up to and including December 1, 2021.

This is the defendants' first request to modify the time to respond to the Letter Motion.

Dated: New York, New York
       November 24, 2021

By: /s/ Sharon L. McCarthy
    Sharon L. McCarthy
    KOSTELANETZ & FINK LLP
    7 World Trade Center
    New York, NY 10007
    Telephone: (212) 808-8100
    smccarthy@kflaw.com

*Lead Counsel for Defendants*

By: /s/ Marc A. Weinstein
    (*e-signed with consent*)
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, NY 10004
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

SO ORDERED

LEWIS A. KAPLAN, USDJ